IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JANE DOE,

        Plaintiff,

v.

LYFT, INC., *et. al.*

        Defendants.

Case No.: 2:23-cv-02548

**DECLARATION OF BOBBI JO HOHNHOLT
IN SUPPORT OF MOTION TO REMAND**

I, Bobbi Jo Hohnholt, being first duly sworn upon oath, depose and for my declaration state as follows:

1. I am an adult resident of the United States and competent to testify to the matters stated herein.

2. I am the owner and operator of BJH Investigations, LLC. I spent 27 years working in law enforcement as a detective. After working as a detective, I started my own investigative services firm.

3. I have personal knowledge of the facts set forth in this declaration, and all statements are true and correct to the best of my knowledge, information, and belief. If called as a witness, I could testify as to the truthfulness of these facts.

4. I was asked by Goodwin Johnston LLC to perform a background search to investigate defendant Joshua Williams, specifically to determine whether or not he had ever held a Kansas driver's license.

5. I obtained a REJIS report which showed that Joshua Williams held Kansas Driver's License No. K03519917.

6. Attached as Exhibit A is a true and correct copy of the REJIS report.

7. I used the information obtained from the REJIS report to conduct a Kansas Driver's License Status Check on Kansas Driver's License No. K03519917.

8. The search confirmed Kansas Driver's License No. K03519917 was issued to Joshua Williams on May 29, 2014, with an expiration date of December 31, 2020.

9. Attached as Exhibit B is a true and correct copy of the Kansas Driver's License Status Check report for Kansas Driver's License No. K03519917

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: May 27, 2025

_____
Bobbi Jo Hohnholt

# REJIS Private Access Network

5/20/2025 7:01 PM

## Driver History

Past Convictions    All

### DOR Driver

**THIS RECORD IS RESTRICTED UNDER THE FEDERAL DRIVER'S PRIVACY PROTECTION ACT**

**Name** WILLIAMS, JOSHUA MICHAEL

**OLN** N117127003

**Status**
| | | |
|---|---|---|
| **License** REVOKED | **Commercial** REVOKED | **School Bus** INVALID |
| **Sex** M | **DOB** ▉/1986 | **Age** 38 |
| **Hgt** 5' 10" | **Wgt** 140 | **Eyes** BLUE |

### Address

**Residence** 16101 EASTERN AVE
BELTON, MO 64012

**Current** 16101 EASTERN AVE
BELTON, MO 64012

### License

**License Class** F - NON-COMMERCIAL      **Expiration** 12/31/2022      **Last Updated** 01/26/2022      **Sequence** 221760210050

**Current License** REVOKED      **Type of Previous Commercial Class**

**Surrendered To**      **Date Surrendered**      **Special Issuance**

**RDPA-Special Restricted Driving Privilege**      **Effective**      **Expires**

### Endorsements and Restrictions

| No Endorsements | Code | Restriction |
|---|---|---|
|  | A | CORRECTIVE LENSES |

### Permit

**Class** F - NON-COMMERCIAL      **Expiration** 07/03/2003      **Last Updated** 07/03/2002      **Sequence** 021171840033

| No Permit Endorsements | No Permit Restrictions |
|---|---|

### ID Card

**Expiration** 12/31/2025      **Last Updated** 02/03/2025      **Sequence** 301274056704

### Convictions / Actions

| Date | Pts | Conviction/Action | Status | Convct. | Violation | Offense | Case | UTT | Agency | Eligible Rein | Updated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/04/2024 |  | POINT REVOCATION | ACTIVE |  |  | 08/13/2020 | PT24017741 | 703383863 |  | 09/04/2025 | 01/28/2025 |
| 07/31/2024 | 12 | DRIVE WHILE SUS/REV |  | 07/31/2024 | 08/13/2020 |  |  | 703383863 | CLAY CO CIR CRT LIBERTY |  |  |

### Out of State Withdrawal Information

| Effective | Type | Reason | Elig Reinstate | Reinstated | State | Type of Withdrawal | Basis | Privilege Lost | Appeal Status | Locator | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/2017 | SUSPENDED | FAIL TO APPEAR PAY |  | 03/03/2021 | IA | EVALUATED | NRVC ACTION OR RECIPROCITY | ALL | NOT DEFINED | FA18010342 | FA01 |

### Out of State AKA Information

| State | Driver License Number | Last Name | First Name | Middle Name | Gen | DOB |
|---|---|---|---|---|---|---|
| KS | K03519917 | WILLIAMS | JOSHUA | MICHAEL |  | ▉/1986 |

### CDL Medical Certification

**Self Certification**      **Status** NOT CERTIFIED

**Issue Date**      **Expire Date**

**Waiver Exemption Start Date**      **Waiver Exemption Expire Date**

### End of Record

© REJIS 2013 - 2025
REJIS Commission * 4255 West Pine Blvd * St Louis, MO 63108 * REJIS Helpdesk 314-535-9497 or 1-888-923-7825
1

# Kansas Driver's License Status Check

**This information is up-to-date as of 5/22/2025 12:52:29 PM**

Driving Record Codes     Buy your driving record

## Licensee Information

| | |
|---:|:---|
| DL Number: | K03519917 |
| First Name: | JOSHUA |
| Last Name: | WILLIAMS |
| Date of Birth: | ▬/1986 |

## Driving Privileges Status

| | |
|---:|:---|
| DL Status: | Other |
| CDL Status: | |
| System Generated DL: | N |

## Current Credential Information

| Credential Type | Issue Date | Expiration Date |
|---|---|---|
| Driver's License | 05/29/2014 | 12/31/2020 |

## Medical Certification Information

**Medical Certification Category:**

**Medical Issue Date:**

**Medical Expiration Date:**

**Documents on file for Real ID?**   Yes

Effective August 1, 2017, the State of Kansas will be completing the final piece of REAL ID compliance. State of Kansas residents will have the option of a REAL ID card or a Non-Real ID card with the language "Not for Federal ID" on it. Kansas Residents will be able to use their current driver's license or ID with no identifier until May 3, 2023 in airports and federal facilities.

- See the Real ID notice here.
- Click here to view the Real ID brochure with more information.

| Action | Action Date | Occur. Date | Viol. Type | Eff. Priv | Restriction Type | Effective Date | Eligibility Date | Rein. Date | Court Case | Court | Phone Num. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Conviction | 10/13/2020 | 06/20/2020 | DI4 | | | | | | CR202040576096 | OVERLAND PARK MUN COURT | 913-327-6800 |

Effective Date = The day the withdrawal went into effect.

Eligibility Date = The day the withdrawal may be reinstated.

Reinstatement Date = The day the withdrawal was reinstated.

[ New Search ]

**Disclaimer**

The information contained on the Kansas Driver's License Status Check is a summary only and will not display any sanctions on record from another state. Completion of the items listed does not ensure your driving privileges are now valid. If your driving privileges are currently suspended, revoked, restricted, or cancelled, please contact Driver Solutions at 785-296-3671 to determine your eligibility for reinstatement and the requirements for you to be reinstated. Additional contact information: fax number 785-296-6851.

Have you moved? If your address is different than the address on file with Driver Solutions you are required to notify us of the change per K.S.A. 8-248. To update your address please click on the link https://www.kdor.ks.gov/Apps/MotorVehicles/motorvehicle/default